In the Matter of the Application of the VILLAGE OF WAVERLY, Appellant, for a Writ of Mandamus against ERIE RAILROAD COMPANY, Respondent.

In the Matter of the Application of the VILLAGE OF WAVERLY, Appellant, for a Writ of Mandamus against WAVERLY AND STATE LINE RAILWAY COMPANY and its Lessee, LEHIGH VALLEY RAILROAD COMPANY, Respondents.

*Matter of Village of Waverly*, 35 App. Div. 38, affirmed.
(Argued February 28, 1899; decided March 14, 1899.)

APPEALS from an order of the Appellate Division of the Supreme Court in the third judicial department in each of the above-entitled proceedings, entered December 3, 1898, reversing orders of Special Term granting peremptory writs of mandamus directing the defendants to lay out a street across their tracks in the village of Waverly.

*Frederick E Hawkes* for appellant.

*Frederick Collin* for Erie Railway Company, respondent.

*George M. Diven* for Waverly and State Line Railway Company et al., respondents.

Orders affirmed, with costs, on opinion in *People ex rel. City of Niagara Falls* v. *N. Y. C. & H. R. R. R. Co.* (158 N. Y. 410).